

# Fourth Court of Appeals
## San Antonio, Texas

July 29, 2016

No. 04-16-00440-CV

Samuel C. **PERKINS**,
Appellant

v.

Barbara J. **PETITE**,
Appellee

From the 407th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CI02994
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

On July 5, 2016, appellant Samuel L. Perkins filed a notice of appeal in this court. *See* TEX. R. APP. P. 25.1(a). On the same day, a deputy clerk of this court notified Appellant in writing that our records do not show that the $205.00 filing fees have been paid. Further, our records do not conclusively show that Appellant is excused by statute or rule from paying the filing fees. *See id.* R. 5 (requiring fees in civil cases); *id.* R. 20.1 (waiving fees if indigence established). The clerk's July 5, 2016 letter warned Appellant that if the filing fees were not paid by July 21, 2016, the appeal could be stricken by the court. To date, this court has not received payment or an affidavit of indigence. *See id.* R. 20.1(c)(1).

The clerk's letter also advised Appellant that the docketing statement must be filed with this court by July 21, 2016. *See id.* R. 32.1; 4TH TEX. APP. (SAN ANTONIO) LOC. R. 5.2, *available at* http://www.txcourts.gov/4thcoa/practice-before-the-court/local-rules.aspx. To date, no docketing statement has been filed. Appellant must file a docketing statement within FIFTEEN DAYS of the date of this order.

We ORDER appellant Samuel L. Perkins to show cause in writing within FIFTEEN DAYS of the date of this order that either (1) the $205.00 filing fees have been paid, or (2) Appellant is entitled to appeal without paying the filing fees. If Appellant fails to respond within the time provided, this appeal will be dismissed. *See* TEX. R. APP. P. 5, 42.3(c); *In re W.J.C.*, No.

04-05-00532-CV, 2005 WL 3477883 (Tex. App.—San Antonio Dec. 21, 2005, no pet.) (mem. op.).

All other appellate deadlines are SUSPENDED pending further order of this court.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 29th day of July, 2016.

_____
Keith E. Hottle
Clerk of Court